# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

LANETTA SPURLOCK,  
    Plaintiff,

vs.

ALLSTATE INSURANCE SERVICES, INC., et al.,  
    Defendant.

Case No. 1:23-cv-610  
McFarland, J.  
Litkovitz, M.J.

**ORDER GRANTING PETITION FOR REMOVAL**

Plaintiff initiated this action in the Court of Common Pleas of Brown County, Ohio on August 21, 2023. Defendants Allstate Insurance Services, Inc., Allstate Indemnity Company and Allstate Vehicle and Property Insurance Company filed a Petition for Removal in this federal court. (Doc. 1). The Petition has not been opposed. As it appears the Court had original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332, the Petition for Removal is **GRANTED.** The defendants shall file their answer forthwith.

    **IT IS SO ORDERED.**

Date: 2/12/2024

*Karen L. Litkovitz*  
Karen L. Litkovitz  
United States Magistrate Judge